IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DANA, | 1:05-CV-0913 AWI LJO HC |
|     Petitioner, | |
| vs. | |
| TERESA A. SCHWARTZ, Warden, | |
|     Respondent. | <u>ORDER OF TRANSFER</u> |
| _____/ | |

    Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to 28 U.S.C. § 2254; the $5.00 filing fee was paid on July 15,2005. Petitioner is challenging a parole decision from Solano County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. Therefore, the petition should have been filed in the Sacramento Division.

    Pursuant to Local Rule 3-120(b), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, this

1

1  action will be transferred to the Sacramento Division.

2      Good cause appearing, IT IS HEREBY ORDERED that:

3      1.  This action is transferred to the United States District Court for the Eastern District of

4  California sitting in Sacramento; and

5      2.  All future filings shall reference the new Sacramento case number assigned and shall

6  be filed at:

        United States District Court
        Eastern District of California
        501 "I" Street, Suite 4-200
        Sacramento, CA 95814

IT IS SO ORDERED.

**Dated:   July 21, 2005**                        **/s/ Lawrence J. O'Neill**
23ehd0                                     UNITED STATES MAGISTRATE JUDGE